# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Duffy, Patrick M. | 2. Court or Organization  U.S. District Court | 3. Date of Report  06/09/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Doonbeg Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Line | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 4. Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | |
| 5. Proctor & Gamble Co | A | Dividend | J | T | Buy (add'l) | 05/15/14 | J | | |
| 6. I-26/78 Associate LLC ,purchase date 12/30/88, purchase price $60,000 | | None | L | R | | | | | |
| 7. SouthState Bank | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | |
| 9. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 03/11/14 | J | | |
| 10. United Technologies Corp | A | Dividend | J | T | Buy (add'l) | 09/10/14 | J | | |
| 11. SCAGO Educational FACS Pickens Sch Dist SC Install Rev | | None | | | Sold | 11/13/14 | J | A | |
| 12. Bridge Builder Bond Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 13. Capital World Bond Fund CL F 1 | A | Dividend | J | T | | | | | |
| 14. CBA Aggressive Growth Fund CL F 1 | A | Dividend | J | T | | | | | |
| 15. Credit Suisse Commodity Return Strategy Fund | | None | J | T | | | | | |
| 16. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 17. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Europacific Growth Fund CL F 1 | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 19. Harbor Capital Appreciation Fund Inst Class | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 20. Hartford Dividend & Growth I | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 21. Invesco Global Real Estate Fund CL Y | A | Dividend | J | T | | | | | |
| 22. Janus Flexible Bond Fund CL I | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 23. Jensen Quality Growth Fund CL I | A | Dividend | J | T | Sold (part) | 04/15/14 | J | A | |
| 24. JPMorgan Fed Money Market Instl Cl | | None | J | T | | | | | |
| 25. JPMorgan Short Duration Bond Fund | A | Dividend | J | T | | | | | |
| 26. MFS International Value Fund CL I | A | Dividend | J | T | | | | | |
| 27. MFS Value Fund CL I | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 28. Victory Munder Mid CapCore Growth Fund CL Y | | None | J | T | Sold (part) | 01/13/14 | J | A | |
| 29. Neuberger Berman High Income Bond Fund Inst CL | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 30. Pimco Funds Total Return Fund IVInst CL | A | Dividend | J | T | | | | | |
| 31. Prudential Total Return Bond Fund CL Z | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 32. Ridgeworth FDS Total Return BD FD CL I | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 33. T Rowe Price Dividend Growth Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 34. T Rowe Price Intl FDS Inc Intl Stock Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 36. Templeton Income TR Global Bond Fund | A | Dividend | J | T | | | | | |
| 37. Bridge Builder Bond Fund | | None | J | T | Sold (part) | 02/28/14 | J | A | |
| 38. Bridge Builder Bond Fund | | None | J | T | Buy (add'l) | 06/09/14 | J | | |
| 39. Capital World Bond Fund CL F 1 | A | Dividend | J | T | Sold (part) | 02/24/14 | J | A | |
| 40. Capital World Bond Fund CL F 1 | A | Dividend | J | T | Buy (add'l) | 06/19/14 | J | | |
| 41. CBA Aggressive Growth Fund CL 1 | A | Dividend | J | T | | | | | |
| 42. Credit Suisse Commodity Return Strategy Fund | | None | J | T | Sold (part) | 02/28/14 | J | A | |
| 43. Credit Suisse Commodity Return Strategy Fund | | None | J | T | Buy (add'l) | 06/09/14 | J | | |
| 44. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 45. Europacific Growth Fund CL F1 | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 46. MFS International Value Fund CL 1 | A | Dividend | J | T | | | | | |
| 47. Harbor Capital Appreciation Fund Inst Class | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 48. Harbor Capital Appreciation Fund Inst Class | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 49. Hartford Dividend & Growth Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 50. Hartford Dividend & Growth Fund CL 1 | A | Dividend | J | T | Sold (part) | 11/13/14 | J | A | |
| 51. Invesco Global Real Estate Fund | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Flexible Bond Fund CL 1 | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 53. Janus Flexible Bond Fund CL 1 | A | Dividend | J | T | Sold (part) | 11/13/14 | J | A | |
| 54. Jensen Quality Growth Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 55. Jensen Quality Growth Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 56. JP Morgan Federal Money Market Fund Institutional CL | | None | J | T | | | | | |
| 57. JP Morgan Short Duration Bond Fund Select CL | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 58. JP Morgan Short Duration Bond Fund Select CL | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 59. MFS Intl Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 60. MFS Intl Value Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 61. MFS Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 62. MFS Value Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 63. Victory Munder Mid Cap Core Growth Fund | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 64. Neuberger Berman Income FDS High Income Bond Fund Instl | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 65. Neuberger Berman Income FDS High Income Bond Fund Instl | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 66. Pimco Funds Total Return Fund | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 67. Pimco Funds Total Return Fund | A | Dividend | J | T | Buy (add'l) | 06/10/14 | J | | |
| 68. Prudential Total Return Bond Fund CL Z | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 06/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Total Return Bond Fund CL Z | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 70. Ridgeworth Funds Total Return Bond Fund Cl 1 | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 71. Ridgeworth Funds Total Return Bond Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 72. T Rowe Price Dividend Growth Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | |
| 73. T Rowe Price Intl Stock Fund | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 74. T Rowe Price Intl Stock Fund | A | Dividend | J | T | Buy (add'l) | 06/09/14 | J | | |
| 75. T Rowe Price Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/28/14 | J | A | |
| 76. Templeton Global Bond Fund Advisor | A | Dividend | J | T | | | | | |
| 77. Future Scholar - Columbia Moderate Growth Alt A | A | Int./Div. | J | T | | | | | |
| 78. Future Scholar - Columbia Moderate Aggr Trk A | A | Int./Div. | J | T | | | | | |
| 79. Future Scholar - Columbia Grwth A Aggr Track | A | Int./Div. | J | T | | | | | |
| 80. American FDS Global Balanced CL A | | None | J | T | Buy | 07/14/14 | J | | |
| 81. American FDS Global Balanced CL A | | None | J | T | Sold (part) | 07/28/14 | J | A | |
| 82. American FDS Global Balanced CL A | | None | J | T | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 28 & 63, Munder Mid Cap Core Growth Fund CL Y changed name to Victory Munder Mid Cap Core Growth Fund CL Y.

2. Lines 77-79 combined Future Scholar 529 Plans since all investments were in same account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick M. Duffy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544